**The Plaintiff:**

**Name:** Evelyn "Brown Sugar" Davis Alfred
**Street Address:** 710 Mare Island Way
**City and County:** Vallejo, Solano
**State and Zip Code:** California, 94590
**Telephone Number:** 707-917-0870
**E-mail Address:**

**FILED**

NOV 27 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

2:23 CV3317 DCSCR (PS)

**Against:**

**The Defendant:**

**Name:** City of Vallejo
**Street Address:** 555 Santa Clara st.
**City and County:** Vallejo, Solano County
**State and Zip Code:** California, 94590
**Telephone Number:**
**E-mail Address:**

## Motion for Complaint and Ex Parte Application for Temporary Restraining Order

Plaintiff moves for an ex parte motion for TRO, and plaintiff reincorporates the complaint and declarations attached hereto.

As supported by the pauperis application, and the contents of the declarations attached hereto, the plaintiff is currently unhoused, is physically and disabled, is pro se, and does not have sufficient time or funds to complete the motion and serve defendants. Given this, and the fact that the TRO is fully based on the complaint, we are asking the court to consider the complaint as a motion for TRO.

Evelyn Davis Alfred

*[signature]*

11/27/24

Evelyn Davis Alfred
710 Mare Island Way
Vallejo, CA 94590
707-917-0870

## Evelyn Davis Alfred vs City of Vallejo

## Motion to File TRO Ex Parte

Evelyn Davis Alfred

*[signature]*

11/27/2024