**Declaration of Service**
**Evelyn Davis Alfred vs. City of Vallejo**
**Case Number: 2:24-CV-03317-DC-SCR**



**FILED**

DEC 0 3 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Declaration of Evelyn Davis Alfred

I, Evelyn Davis Alfred, declare as follows:

On 12/02/2024 I drove to the sheriff's office in Fairfield, CA. I gave them the form SER-001, which I had filled out and signed, and a copy of the complaint.

On 12/02/2024 I also gave my friend Daryn a copy of the complaint to drop off at city hall as a courtesy so that they would have it right away.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on *[date]* **12/02/2024**.

Signature: _____

Printed name: **EVELYN DAVIS ALFRED**

Address: **710 MARE ISLAND WAY, VALLEJO, CA 94590**

Phone Number: **707-917-0870**

**Declaration of Service**
**Evelyn Davis Alfred vs. City of Vallejo**
**Case Number: 2:24-CV-03317-DC-SCR**

Declaration of Daryn Rogers

I, <u>Daryn Rogers,</u> declare as follows:

On 12/02/2024 I dropped off a copy of Brown Sugar's complaint to the city. I am a party to the case, so I know this does not satisfy the legal requirement, but I did it as a courtesy so that they would have it right away.

Brown Sugar told me she was going to the sheriff's office today to make sure the city is officially served.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on *[date]* *12/02/2024* .

Signature: *Daryn Rogers*

Printed name: *DARYN ROGERS*

Address: *821 York Street*

Phone Number: *707- 712-4785*

Ex-parte application for temporary restraining order and preliminary injunction right

Name ___EVELYN  DAVIS  ALFRED___

Street Address ___710  MARE  ISLAND  WAY___

City and County ___VALLEJO,  SOLANO___

State and Zip Code ___CA   94590___

Telephone Number ___707 - 917 - 0870___

**RECEIVED**

**DEC - 2 2024**

**Vallejo City Clerk**

# FILED

**NOV 27 2024**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

___EVELYN  DAVIS  ALFRED___

_____

_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

___THE  CITY  OF  VALLEJO___

_____

_____

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Ex-parte application for temporary. restraining order and Preliminary injunction

**Complaint and Request For Injunction**

Case No. 2:23-cv-3317 DC SCR (PS)

*(to be filled in by the Clerk's Office)*