ANDREA M. HENSON, SBN 331898
WHERE DO WE GO?, a 501(c)(3) organization
2726 Martin Luther King Jr. Way
Berkeley, CA 94703
Tel: 510-999-9394
Cell: 510-640-7390
Email: ahenson@wdwg.org

Attorney for the Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Evelyn Davis Alfred, | ) |
|     Plaintiff, | ) |
| vs. | ) **Case No.: 2:24-cv-03317-DC-SCR** |
| City of Vallejo, | ) **NOTICE OF LIMITED APPEARANCE** |
|     Defendant. | ) **Date: January 14, 2025** <br> ) **Time: 1:30 pm** <br> ) **Hearing: Joint Status Conference** <br> ) **Hon. Dena Coggins** |

    Pursuant to Civil Local Rule 182, please take notice that the following attorney hereby appears solely for the purpose of the application for temporary restraining order and for preliminary injunctive relief in this action as counsel of record for plaintiff:

ANDREA M. HENSON, SBN 331898
WHERE DO WE GO?
2726 Martin Luther King Jr. Way
Berkeley, CA 94703
Tel: 510-999-9394
Cell: 510-640-7390
Email: ahenson@wdwg.org

Date: December 13, 2024

<u>/s/ Andrea M. Henson</u>
Andrea M. Henson
Attorney for Plaintiff