1  **VERONICA A.F. NEBB**
   City Attorney, SBN 140001
2  **BY: HAMPTON A. JACKSON**
   Assistant City Attorney, SBN 326209
3  **CITY OF VALLEJO**, City Hall
   555 Santa Clara Street, 3rd Floor
4  Vallejo, CA 94590
5  Tel:   (707) 648-4545
   Fax:   (707) 648-4687
6  Email: hampton.jackson@cityofvallejo.net
7
   Attorneys for Defendant CITY OF VALLEJO
8

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN DAVIS ALFRED, | Case No. 2:24-cv-03317-DC-SCR |
| Plaintiff, | **DEFENDANT CITY OF VALLEJO'S STATUS REPORT** |
| vs. | |
| CITY OF VALLEJO, et al., | |
| Defendants. | |

The Court issued the December 13, 2024 order (Docket No. 9) requiring the Parties in the above-captioned case to jointly file a status report on the interactive process. Defendant City of Vallejo was made aware at 1:30 p.m. today that Plaintiff's counsel, Andrea Henson, was unavailable to sign this status report due to a medical emergency, and that Plaintiff will file a separate status report in due course.

**Defendant City of Vallejo reports as follows:**

On December 24, 2024, the interactive process was initiated with Ms. Alfred to discuss reasonable accommodations under the Americans with Disabilities Act (ADA). Present during the meeting was a City of Vallejo Human Resources employee (Jasleen Singh), Ms. Alfred, and her representative, Eli Smith. The City initiated contact with Ms. Alfred, who indicated that she preferred all communication to occur through her representatives. The City contacted representative Eli Smith, and she helped coordinate the meeting. The City offered to meet Ms. Smith and Ms. Alfred near Ms. Alfred's location, however, due to the weather, Ms. Smith offered meeting at the library or her residence. The meeting was held at the John F. Kennedy Library on the City Hall campus.

During the meeting, Ms. Singh explained who she was and that she was there to help initiate the interactive process on behalf of City of Vallejo, and to help assess the request for help from Ms. Alfred. Ms. Smith explained Ms. Alfred had severe social anxiety and that she preferred not to speak directly to Ms. Singh, and that Ms. Smith would be the main spokesperson for Ms. Alfred.

Ms. Alfred requested for additional time to find housing. Ms. Singh explained that she did not have the authority to authorize any specific time, but that Ms. Alfred's request would be noted. Ms. Singh asked Ms. Alfred what she thought was a reasonable amount of time. She asked for 30 days of time, in which she would check in with the City to show that she was working on finding housing. Ms. Alfred made it clear that she was not agreeing to leave in 30 days, only that she was agreeing to provide proof that she was working on securing housing. It was also mentioned that Ms. Alfred would possibly need help packing and moving her possessions, and that would require an undetermined amount of time.

//

Ms. Alfred also requested assistance in securing housing that was compatible with her disabilities. Ms. Singh explained to her that the City did not have any housing options, and that the City had no programs in place that were dedicated to housing. However, Ms. Singh offered to provide any resources that the City was partnered with or that was available through the community. These resources were sent to Ms. Alfred and Ms. Smith on December 27, 2024.

Finally, Ms. Smith mentioned that moving forward, they would prefer to have all communication via e-mail or Zoom, due Ms. Alfred's social anxiety. Ms. Singh provided her contact information (business card) and said that she was open to all communication methods that were easiest for them.

On a meet and confer call with Plaintiff's counsel on January 2, 2024, the City informed Plaintiff's counsel that the City was meeting internally to discuss Ms. Alfred's accommodation requests and will have a follow-up meeting with Ms. Alfred the week of January 6, 2025. Plaintiff's counsel notified the City that Ms. Alfred had suffered an injury restricting her mobility, and would provide the Court and the City with the relevant medical records. The Parties anticipate that they will meet and confer sometime during the week of January 6, 2025 to further discuss the status of the interactive process.

DATED: January 3, 2025                    Respectfully submitted,

                                                                  */s/ Hampton A. Jackson*
                                                                   HAMPTON A. JACKSON
                                                                   Assistant City Attorney
                                                                   City of Vallejo