**VERONICA A.F. NEBB**
City Attorney, SBN 140001
**BY:  HAMPTON A. JACKSON**
Assistant City Attorney, SBN 326209
**CITY OF VALLEJO, City Hall**
555 Santa Clara Street, 3rd Floor
Vallejo, CA  94590
Tel:    (707) 648-4545
Fax:    (707) 648-4687
Email: hampton.jackson@cityofvallejo.net

Attorneys for Defendant CITY OF VALLEJO

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN DAVIS ALFRED,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY OF VALLEJO, et al.,<br><br>    Defendants. | Case No. 2:24-cv-03317-DC-SCR<br><br>**NOTICE OF SUBMISSION OF DEFENDANT CITY OF VALLEJO'S CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT**<br><br>**DATE**:    January 23, 2025<br>**TIME:**    1:30 p.m.<br>**CRTM:**    27<br><br>**Honorable Sean C. Riordan** |

**TO PLAINTIFF AND HER ATTORNEY(S) OF RECORD:**

Pursuant to the Court's Order dated January 17, 2025 (ECF No. 19), on this date, Defendants submitted a Confidential Settlement Conference Statement to Magistrate Judge Sean C. Riordan.

DATED:  January 22, 2025                                    Respectfully submitted,


                                                                             */s/ Hampton A. Jackson*
                                                                             HAMPTON A. JACKSON
                                                                             Assistant City Attorney
                                                                             Attorney for Defendant CITY OF VALLEJO

---

| | |
|---|---|
| **Case No.  2:24-cv-03317-DC-SCR** | **NOTICE OF SUBMISSION OF CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT** |

**-1-**