**VERONICA A.F. NEBB**
City Attorney, SBN 140001
**BY: HAMPTON A. JACKSON**
Assistant City Attorney, SBN 326209
**CITY OF VALLEJO, City Hall**
555 Santa Clara Street, 3rd Floor
Vallejo, CA  94590
Tel:     (707) 648-4545
Fax:     (707) 648-4687
Email: hampton.jackson@cityofvallejo.net

Attorneys for Defendant CITY OF VALLEJO

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN DAVIS ALFRED,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF VALLEJO, et al.,<br><br>Defendants. | Case No. 2:24-cv-03317-DC-SCR<br><br>**SUPPLEMENTAL DECLARATION OF NATALIE PETERSON IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S APPLICATION FOR PRELIMINARY INJUNCTION** |

I, NATALIE PETERSON, declare and state:

1. I have personal knowledge of the facts set forth herein, except where stated on information and belief, and if called to testify in court on these matters, I could do so competently.

2. I am an Assistant to the City Manager for the City of Vallejo. I have been employed with the City since August 3, 2020, and have been an Assistant to the City Manager since July 30, 2022.

3. In my position as Assistant to the City Manager, I oversee the City's various homelessness projects, including the removal or cleaning of unhoused encampments. In my role,

I am also involved in the City's interaction with various Solano County homeless initiatives and supportive housing projects.

4. The City does not directly place individuals in shelter, transitional, long-term or permanent housing. The City participates in the County of Solano's Community Action Partnership Joint Powers Authority ("CAP Solano"). CAP Solano oversees the funding and services related to homelessness in Solano County and provides street outreach to assist individuals with shelter housing and permanent housing.

5. Intake for shelter and transitional housing are handled through CAP Solano's intake system Resource Connect Solano, which the City does not operate or control.

6. The City has been involved or is currently involved in three housing projects: Blue Oak Landing, Broadway Project, and the Navigation Center.

7. The Blue Oak Landing, located at 2118 Sacramento Street in Vallejo, is a permanent supportive housing complex. The Blue Oak Landing is owned and operated by Eden Housing, a non-profit; the John Stewart Company was also or is currently involved in operating this facility. The City of Vallejo provided federal funding to build the project through grants provided through the Vallejo Housing Authority. The Vallejo Housing Authority also provides federally funded, project-based vouchers that can be used for housing at Blue Oak Landing; housing vouchers are also available through the County of Solano.

8. The Broadway Project is a permanent supportive housing complex being constructed at 2441 Broadway Street in Vallejo. The Broadway Project is currently owned by Firm Foundation, but the property will likely transfer to the City of Vallejo after the facility is occupied. Multiple funding sources were used for the ongoing construction: state grants, City funds, and county grants. Per grant guidelines, referrals to the Broadway Project must come through Resource Connect Solano, the County of Solano's coordinated entry system that works in conjunction with CAP Solano. The Broadway Project will be operated by Shelter, Inc.

9. The Navigation Center is an emergency shelter being constructed at 1937 Broadway Street in Vallejo. The Navigation Center is anticipated to open by May 2025, pending completion of construction and approval of an operator by Vallejo City Council. The City of

1  Vallejo owns the facility. Referrals to the Navigation Center will come through Resource
2  Connect Solano, the City, and possibly affiliated non-profits, however, the operator will decide
3  final approval.
4       I declare under penalty of perjury under the laws of the State of California that the
5  foregoing is true and correct.
6       Executed on this 24th day of January 2025, at Vallejo, California.

*[signature]*

NATALIE PETERSON
Assistant to the City Manager
City of Vallejo

Case No. 2:24-cv-03317-DC-SCR     SUPPLEMENTAL DECLARATION OF NATALIE PETERSON ISO APPLICATION FOR PRELIMINARY INJUNCTION

-3-