1  **VERONICA A.F. NEBB**
   City Attorney, SBN 140001
2  **BY: HAMPTON A. JACKSON**
   Assistant City Attorney, SBN 326209
3  **CITY OF VALLEJO, City Hall**
4  555 Santa Clara Street, 3rd Floor
   Vallejo, CA 94590
5  Tel:   (707) 648-4545
6  Fax:   (707) 648-4687
   Email: hampton.jackson@cityofvallejo.net
7

8  Attorneys for Defendant CITY OF VALLEJO

9                    UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

| EVELYN DAVIS ALFRED, | Case No. 2:24-cv-03317-DC-SCR |
|---|---|
| Plaintiff, | **DECLARATION OF SCOTT SANDERS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S APPLICATION FOR PRELIMINARY INJUNCTION** |
| vs. | |
| CITY OF VALLEJO, et al., | |
| Defendants. | |

I, SCOTT SANDERS, declare and state:

1. I have personal knowledge of the facts set forth herein, except where stated on information and belief, and if called to testify in court on these matters, I could do so competently.

2. I am a Senior Building Inspector for the City of Vallejo. I have worked as a building inspector and code enforcement officer for various California cities for over twenty years.

3. In my position as Senior Building Inspector, I am familiar with the Vallejo Municipal Code sections pertaining to building code violations. I am also familiar with the 2022 California Residential Code (adopted by reference into the Vallejo Municipal Code).

7. The structure/shelter at 710 Mare Island Way should be immediately posted for violations. Following the posting of violations, an order to abate should be issued and the structure removed after thirty (30) days.

8. The structure is not suitable for habitation, and needs to be immediately red tagged.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 24th day of January 2025, at Vallejo, California.

SCOTT SANDERS

Senior Building Inspector

City of Vallejo

Case No. 2:24-cv-03317-DC-SCR            DECLARATION OF SCOTT SANDERS ISO APPLICATION FOR PRELIMINARY INJUNCTION

-3-