1  VERONICA A.F. NEBB
   City Attorney, SBN 140001
2  **BY: HAMPTON A. JACKSON**
3  Assistant City Attorney, SBN 326209
   **CITY OF VALLEJO**, City Hall
4  555 Santa Clara Street, 3rd Floor
   Vallejo, CA 94590
5  Tel:   (707) 648-4545
6  Fax:   (707) 648-4687
   Email: hampton.jackson@cityofvallejo.net

Attorneys for Defendant CITY OF VALLEJO

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN DAVIS ALFRED, | Case No. 2:24-cv-03317-DC-SCR |
| Plaintiff, | **DEFENDANT'S STATUS REPORT** |
| vs. | |
| CITY OF VALLEJO, et al., | |
| Defendants. | |

**Defendant City of Vallejo reports as follows:**

It was the City's understanding, based on this Court's order, that the parties were to file a joint status report by 9:00 a.m. on January 27, 2025. The City emailed Plaintiff's counsel at 7:27 a.m. on January 27, 2025 concerning the filing of the joint status report. (The City's email and attachment is attached as Exhibit "**A**".) As of the filing of this status report, the City has not received a response email.

On January 9 and January 10, 2025, Ms. Singh attempted to contact Ms. Alfred and her representative Ms. Smith by phone and email. Ms. Singh's email on January 10, 2025, informed Ms. Alfred that the City was willing to assist Ms. Alfred with moving her personal belongings, but could not indefinitely extend her removal date until she secured alternative housing. No response was received. The email also requested information from Ms. Alfred related to her agreed-upon steps for the interactive process. During the initial meeting, Ms. Alfred and her representative agreed that they would submit proof to the City that Ms. Alfred was actively seeking housing, and that she was making efforts to secure accommodations. Ms. Singh sent a follow-up email on January 17, 2025, asking for a response by January 20, 2025. Ms. Singh received an email from Ms. Alfred's representative indicating that they understood that the discussion was now going to move forward with mediation. Ms. Singh sent a response email reminding them of their responsibility to complete the interactive steps.

On January 23, 2025, the parties participated in mediation with Magistrate Judge Riordan, but were unable to settle the case. Hampton Jackson attended on behalf of the City and informed the Court that he had full settlement authority; Ms. Natalie Peterson also participated via conference call. On January 24, 2025, the parties exchanged emails attempting to schedule a meeting the week of January 27, 2025 to discuss the next steps related to the interactive process. The parties anticipate that a meeting will be held sometime during the week of January 27, 2025.

DATED: January 27, 2025            Respectfully submitted,

*/s/ Hampton A. Jackson*
HAMPTON A. JACKSON
Assistant City Attorney
Attorney for City of Vallejo

# EXHIBIT A

TO DEFENDANT'S STATUS REPORT

| From: | Hampton Jackson |
|---|---|
| To: | Anthony Prince |
| Cc: | Sarah Chesser; Andrea Henson |
| Subject: | RE: Interactive process |
| Date: | Monday, January 27, 2025 7:26:42 AM |
| Attachments: | Joint Status Report.docx |
| | image001.png |
| | image002.png |

Counsel,

See attached status report. Please add Plaintiff's report and email back so we can file with the court.

**Hampton Jackson**
**Assistant City Attorney**
*City of Vallejo | City Attorney's Office*
*555 Santa Clara Street, Vallejo, CA 94590*
*(707) 648-4146 |* *hampton.jackson@cityofvallejo.net*



*This email contains material that is confidential and/or privileged under the work product doctrine, and attorney-client or official information privileges, for the sole use of the intended recipient. Any reliance on or review of this email by anyone other than the intended recipient, or any distribution or forwarding of this email, without express written permission of the City Attorney is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email, and destroy all copies of the original message.*

**From:** Hampton Jackson
**Sent:** Friday, January 24, 2025 12:51 PM
**To:** Anthony Prince <princelawoffices@yahoo.com>
**Cc:** Sarah Chesser <sarah.chesser@cityofvallejo.net>; Andrea Henson <ahenson@wdwg.org>
**Subject:** RE: Interactive process

Counsel,

Understood, all future communications will be directed to you and Ms. Henson.

The City is available to meet next Thursday between 12:00 – 4:30 p.m. Do you anticipate that this meeting will be in-person?

I will provide the report as a declaration from the City's building official. I intend to file the declaration sometime today.

Pending the court's order, the City intends to notice Ms. Alfred sometime during the first week of February.

**Hampton Jackson**
**Assistant City Attorney**
*City of Vallejo | City Attorney's Office*
*555 Santa Clara Street, Vallejo, CA 94590*
*(707) 648-4146 |* *hampton.jackson@cityofvallejo.net*



*This email contains material that is confidential and/or privileged under the work product doctrine, and attorney-client or official information privileges, for the sole use of the intended recipient. Any reliance on or review of this email by anyone other than the intended recipient, or any distribution or forwarding of this email, without express written permission of the City Attorney is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email, and destroy all copies of the original message.*

**From:** Anthony Prince <princelawoffices@yahoo.com>
**Sent:** Friday, January 24, 2025 7:40 AM
**To:** Hampton Jackson <Hampton.Jackson@cityofvallejo.net>
**Cc:** Andrea Henson <ahenson@wdwg.org>
**Subject:** Interactive process

**This Message Is From an External Sender**
This message came from outside your organization.

Mr. Jackson: As you are aware, at the last hearing with Judge Coggins, the Court instructed that if mediation was not successful that the interactive process should resume. To that end we are proposing that a meeting take place next week. From now on, all communications regarding the process should be sent to Attorney Andrea Henson and myself and not directly to Ms. Alfred. Please let us know as soon as possible when the City is available for the interactive process meeting.

Also, we were informed yesterday by Judge Riordan that you agreed to provide us with a report on the results of the City's inspection of Ms. Alfred's residence. Please send the report today to myself and Ms. Henson.

Finally, although the TRO is in place at least until next week's hearing on the motion for preliminary injunction and, please inform us of whether, and if so, on what date, the City intends to remove Ms. Alfred from her current location should the TRO be dissolved.

Thank you,

Anthony Prince
Counsel for Evelyn Alfred

1  VERONICA A.F. NEBB
   City Attorney, SBN 140001
2  BY: HAMPTON A. JACKSON
   Assistant City Attorney, SBN 326209
3  CITY OF VALLEJO, City Hall
   555 Santa Clara Street, 3rd Floor
4  Vallejo, CA 94590
5  Tel:   (707) 648-4545
   Fax:   (707) 648-4687
6  Email: hampton.jackson@cityofvallejo.net
7
   Attorneys for Defendant CITY OF VALLEJO
8

9
   ANTHONY D. PRINCE
10 General Counsel, California Homeless Union/Statewide Organizing Council
   2425 Prince Street, Ste. 100
11 Berkeley, CA 94705
   Tel:   (510) 301-1472
12
13 Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| EVELYN DAVIS ALFRED,     | Case No. 2:24-cv-03317-DC-SCR |
|--------------------------|-------------------------------|
| Plaintiff,               | **JOINT STATUS REPORT**       |
| vs.                      |                               |
| CITY OF VALLEJO, et al., |                               |
| Defendants.              |                               |

**Defendant City of Vallejo reports as follows:**

On January 9 and January 10, 2025, Ms. Singh attempted to contact Ms. Alfred and her representative Ms. Smith by phone and email. Ms. Singh's email on January 10, 2025, informed Ms. Alfred that the City was willing to assist Ms. Alfred with moving her personal belongings, but could not indefinitely extend her removal date until she secured alternative housing. No response was received. The email also requested information from Ms. Alfred related to her agreed upon steps for the interactive process. During the initial meeting, Ms. Alfred and her representative agreed that they would submit proof to the City that Ms. Alfred was actively seeking housing, and that she was making efforts to secure accommodations. Ms. Singh sent a follow up email on January 17, 2025, asking for a response by January 20, 2025. Ms. Singh received an email from Ms. Alfred's representative indicating that they understood that the discussion was now going to move forward with mediation. Ms. Singh sent a response email reminding them of their responsibility to complete interactive steps.

On January 23, 2025, the parties participated in mediation with Magistrate Judge Riordan, but were unable to settle the case. On January 24, 2025, the parties exchanged emails attempting to schedule a meeting the week of January 27, 2025 to discuss the next steps related to the interactive process. The parties anticipate that a meeting will be held sometime during the week of January 27, 2025.

DATED: January 27, 2025

Respectfully submitted,

*/s/ Hampton A. Jackson*
HAMPTON A. JACKSON
Assistant City Attorney
Attorney for City of Vallejo

ANTHONY B. PRINCE
General Counsel, California Homeless Union
Attorney for Plaintiff