VERONICA A.F. NEBB
City Attorney, SBN 140001
BY: HAMPTON A. JACKSON
Assistant City Attorney, SBN 326209
CITY OF VALLEJO, City Hall
555 Santa Clara Street, 3rd Floor
Vallejo, CA 94590
Tel: (707) 648-4545
Fax: (707) 648-4687
Email: hampton.jackson@cityofvallejo.net

Attorneys for Defendant CITY OF VALLEJO

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN DAVIS ALFRED,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>CITY OF VALLEJO, et al.,<br><br>　　Defendants. | Case No. 2:24-cv-03317-DC-SCR<br><br>**SUPPLEMENTAL DECLARATION OF JASLEEN SINGH IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S APPLICATION FOR PRELIMINARY INJUNCTION** |

I, JASLEEN SINGH, declare and state:

1. I have personal knowledge of the facts set forth herein, except where stated on information and belief, and if called to testify in court on these matters, I could do so competently.

2. I am a Human Resources Program Manager with the City of Vallejo.

3. In my position as Program Manager- Benefits, I oversee the City of Vallejo's ADA interactive process.

4. As a part of my job duties, I have conducted the ADA interactive process with Ms. Alfred on behalf of the City of Vallejo.

5.      On December 24, 2024, the interactive process was initiated with Ms. Alfred to discuss reasonable accommodations under the Americans with Disabilities Act (ADA). I was present during the meeting along with Ms. Alfred, and her representative, Eli Smith. I initiated contact with Ms. Alfred, who indicated that she preferred all communication to occur through her representatives. I contacted representative Eli Smith, and she helped coordinate the meeting. I offered to meet Ms. Smith and Ms. Alfred near Ms. Alfred's location, however, due to the weather, Ms. Smith offered meeting at the library or her residence. The meeting was held at the John F. Kennedy Library on the City Hall campus.

6.      During the meeting, I explained my role and that I was there to help initiate the interactive process on behalf of City of Vallejo, and to help assess the request for help from Ms. Alfred. Ms. Smith explained that Ms. Alfred had severe social anxiety and that she preferred not to speak directly to me, and that Ms. Smith would be the main spokesperson for Ms. Alfred.

7.      Ms. Alfred requested additional time to find housing. I explained that I did not have the authority to authorize any specific time, but that Ms. Alfred's request would be noted. I asked Ms. Alfred what she thought was a reasonable amount of time. She asked for 30 days of time, in which she would check in with the City to show that she was working on finding housing. Ms. Alfred made it clear that she was not agreeing to leave in 30 days, only that she was agreeing to provide proof that she was working on securing housing. It was also mentioned that Ms. Alfred would possibly need help packing and moving her possessions, and that would require an undetermined amount of time.

8.      Ms. Alfred also requested assistance in securing housing that was compatible with her disabilities. I explained to her that the City did not have any housing options, and that the City had no programs in place that were dedicated to housing. However, I offered to provide any resources that the City was partnered with or that was available through the community. I sent these resources to Ms. Alfred and Ms. Smith on December 27, 2024.

9.      Attached hereto as **Exhibit "A"** is a true and correct copy of the email that I sent to Ms. Alfred and Ms. Smith on December 27, 2024.

10. Attached hereto as **Exhibit "B"** is a true and correct copy of the attachment to the email sent to Ms. Alfred and Ms. Smith on December 27, 2024.

11. Finally, Ms. Smith mentioned that moving forward, they would prefer to have all communication via e-mail or Zoom, due Ms. Alfred's social anxiety. Ms. Singh provided her contact information (business card) and said that she was open to all communication methods that were easiest for them.

12. On January 9, 2025, I called and left a message for Ms. Smith. Asking her to call me back.

13. On January 10, 2025, I emailed Ms. Smith as follow-up to my phone call. I requested information related to housing information that Ms. Alfred had agreed to provide at our meeting on December 24, 2024. I also requested medical information regarding any new medical restrictions. I informed Ms. Smith that the City would provide assisting with packing and moving Ms. Alfred's belongings. Finally, I requested that any correspondence be sent to me no later than 5:00 p.m. on January 17, 2025.

14. Attached hereto as **Exhibit "C"** is a true and correct copy of the email I sent to Ms. Smith on January 10, 2025.

15. On January 17, 2025, I sent a follow-up email to Ms. Smith asking for a response by January 20, 2025. I received a reply email from Ms. Smith indicating that Ms. Alfred understood that the parties were moving forward with mediation.

16. On January 24, 2025, I was notified that Ms. Alfred's attorneys had requested that all future communications related to the interactive process should be directed to her attorneys.

17. The City has engaged in the interactive process in good faith and provided Ms. Alfred with reasonable accommodations by extending the time for her to vacate her encampment and by offering moving assistance. The City is willing to further extend the notice to vacate until February 7, 2025, providing Ms. Alfred with an additional six (6) weeks from the start of the interactive process. To date, Ms. Alfred has not provided information to the City that she is actively seeking alternative housing, even though she agreed to provide this information during our meeting on December 24, 2024.

1    I declare under penalty of perjury under the laws of the State of California that the
2 foregoing is true and correct.
3    Executed on this 24th day of January 2025, at Vallejo, California.

						JASLEEN SINGH
						Human Resources Program Manager – Benefits
						City of Vallejo

Case No.  2:24-cv-03317-DC-SCR                                         SUPPLEMENTAL DECLARATION OF
                                                                       JASLEEN SINGH ISO APPLICATION
                                                                       FOR PRELIMINARY INJUNCTION
-4-

# EXHIBIT A

## TO DECLARATION OF JASLEEN SINGH

| | |
|---|---|
| **From:** | Jasleen Singh |
| **To:** | Eli Smith; Vallejo Homeless Union |
| **Subject:** | Housing Resources |
| **Date:** | Friday, December 27, 2024 2:52:00 PM |
| **Attachments:** | Housing Referral Resources.docx |
| | Homeless Resources .pdf |
| | image008.png |
| | image009.png |
| | image010.png |
| | image011.png |
| | image012.png |

Good Afternoon,

Hope you are well. Per our conversation on Tuesday, please find attached some resources that can be contacted to help with Ms. Alfred's housing needs.

Please let me know if you have any questions.

Best,

**Jasleen Singh**
**Human Resources Program Manager- Benefits**
*City of Vallejo | Human Resources Department*
*555 Santa Clara Street Vallejo, CA 94590*
*Office: (707) 648-5438 |* *jasleen.singh@cityofvallejo.net*
*HR Main: (707) 648-4363 |* *human.resources@cityofvallejo.net*



# EXHIBIT B

## TO DECLARATION OF JASLEEN SINGH



# RESOURCES
## Vallejo, CA

## Housing Referrals

| Resource Connect Solano | 707-652-7311 |
| Bringing Families Home | 707-784-8285 |

Call to see what you may qualify for.

## Resources for pregnant moms and families

| Fighting Back Partnership | 707-648-5230 |

## Vallejo Mobile Health

**What:** Free medical care (they also serve lunch & host mobile showers)
**When:** Every 2nd Saturday 10AM-1PM
**Where:** 2166 Sacramento Street
If you need health care and cannot make it on Saturdays, call 707-404-3300

## Free RV Dumping Station

**Vallejo Flood and Wastewater District**
47 Solano Ave
Mon-Fri 8-4PM, except holidays

## Free Meals

**First Baptist Church**
2025 Sonoma Blvd
Mon-Thurs 11am-noon
Saturday 2:30AM
Sunday 5PM

**Transformation Village**
2166 Sacramento Street
Everyday at 7AM, Noon & 5PM

## Showers

**Emmanuel Temple**
900 6th Street
707-642-2391
Monday 9-11AM
(except holidays)

**First Baptist Church**
2025 Sonoma Blvd
707-664-4087
Tuesday & Thursday
8AM-4PM

## Rehab & Detox

| Southern Solano Alcohol Council (Residential detox program) | 888-771-6276 |
| Solano County Behavioral Health (Substance use disorder) | 800-547-0495 |
| Solano County Partner for Substance Use Treatment (For MEDI-CAL recipients) | 855-765-9703 |

## Other Services

**Immigration Support**
Catholic Charities
707-649-1615

**Social Security Cards**
1-800-772-1213
106 Plaza Drive Suite A

**Suicide 24 hr Crisis**
800-273-8255

**Mental Health**
NAMI Solano
707-422-7792

**Legal Services**
Legal Services of Northern California
707-643-0054
M, T, Th, F 8:45AM-4PM

**Solano Advocates for Victims of Violence**
707-820-7288

**Narcan, Needle Disposal & Fentanyl Test Strips**
Thursday 4-6PM
545 Magazine St.

More resources listed in the back. This list is purely meant to be a list of community resources, not a guarantee of services.

## Free Grocery Boxes

| Faith Food Fridays | Emmanuel Arms Inc | Food is Free Solano | Calvary Community Church |
|---|---|---|---|
| 826 Solano Ave | 900 6th Street | Fairgrounds | 585 Mini Drive |
| 707-557-7933 | 707-642-2391 | McCormack Hall | 707-373-9459 |
| Tuesday: 11 - 2PM | Monday 10AM | Tuesday and Thursday between 4-6PM | 4th Saturday of every month |
| Friday: 11 - 5PM | 2nd & 4th Tuesday 2-3PM | | 10-12PM |
| Sunday: 11 - 1PM | (except holidays) | | |

The grocery boxes are available to anyone who comes on a first come first served basis. No questions asked. To find a more extensive list of free grocery boxes visit foodbankcss.org and click the 'find food' tab and add your zip code. You can also call Food Bank of Contra Costa & Solano at 855-309-3663 to have someone help you locate free food near you.

## Resources for Homeless Families with Students: McKinney-Vento Homeless Assistance Act

The McKinney-Vento Homeless Assistance Act is a federal law that provides educational support for students who are experiencing homelessness. Children in housing transition have certain rights under this Act, including the right to immediate enrollment in school and transportation to and from the school of origin. Connect with the school your child attends for available resources.

If you have resources to ass, or want a correction made please email homelessness@cityofvallejo.net or call (707) 853-3839

# EXHIBIT C

## TO DECLARATION OF JASLEEN SINGH

**From:** Jasleen Singh
**Sent:** Friday, January 10, 2025 3:32 PM
**To:** Eli Smith <eli.smith.now@gmail.com>; Vallejo Homeless Union <vallejo.homeless.union@gmail.com>
**Subject:** RE: Housing Resources

Good Afternoon,

Happy new Year! Hope all is well. I was just following up to my phone call and wanted to check in with you both. I was informed that there were some changes that occurred, and I wanted to reach out and ensure we all were on the same page.

As we had discussed on our meeting on 12/24/24, Ms. Alfred had agreed to provide the City with proof that she was trying to secure housing. Please submit all correspondence to me directly via email or let me know if there is another method that is easier for you. I am happy to accommodate. I was also informed that there may be a new medical restriction for Ms. Alfred. Could you please provide an updated medical note to me? This way we are aware of any further or new restrictions that we may need to meet and conduct an interactive process on. Please submit any correspondence to me directly, no later than 5:00pm on Friday, January 17, 2025. Please let me know if there are any issues.

I was also informed that Ms. Alfred may be concerned about the moving component. As discussed in our meeting, Ms. Alfred would not be required to move anything herself and that the City would provide the resources to have someone assist in packing and moving Ms. Alfred's belongings. Ms. Alfred or her representative, would only need to provide verbal instructions. Please let me know if you would like to discuss this further or if there is anything else we can help assist with.

I look forward to hearing from you.

Best,

**Jasleen Singh**
**Human Resources Program Manager- Benefits**
*City of Vallejo | Human Resources Department*
*555 Santa Clara Street Vallejo, CA 94590*
*Office: (707) 648-5438 |* [jasleen.singh@cityofvallejo.net](mailto:jasleen.singh@cityofvallejo.net)
*HR Main: (707) 648-4363 |* [human.resources@cityofvallejo.net](mailto:human.resources@cityofvallejo.net)



---

**From:** Jasleen Singh
**Sent:** Friday, December 27, 2024 2:52 PM
**To:** Eli Smith <eli.smith.now@gmail.com>; Vallejo Homeless Union <vallejo.homeless.union@gmail.com>
**Subject:** Housing Resources

Good Afternoon,

Hope you are well. Per our conversation on Tuesday, please find attached some resources that can be contacted to help with Ms. Alfred's housing needs.

Please let me know if you have any questions.

Best,

**Jasleen Singh**
**Human Resources Program Manager- Benefits**
*City of Vallejo | Human Resources Department*
*555 Santa Clara Street Vallejo, CA 94590*
*Office: (707) 648-5438 |* [jasleen.singh@cityofvallejo.net](mailto:jasleen.singh@cityofvallejo.net)
*HR Main: (707) 648-4363 |* [human.resources@cityofvallejo.net](mailto:human.resources@cityofvallejo.net)

