Anthony D. Prince (SBN # 202892)
General Counsel, California Homeless Union/Statewide Organizing Council
Law Offices of Anthony D. Prince
2425 Prince Street, Ste. 100
Berkeley, CA 94705
Tel: 510-301-1472

Andrea M. Henson (SBN#331898)
Counsel for Plaintiff
Where Do We Go
2726 Martin Luther King Junior Way
Berkeley, CA 94703
Tel: 510-640-7390
Email: ahenson@wdwg.org

Attorneys for Plaintiff

**UNITED STATES COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EVELYN DAVIS ALFRED,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF VALLEJO,<br><br>　　　　Defendant. | Case No.: 2:24-cv-03317-DC-SCR<br><br>**DECLARATION OF JARED BUNDE IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION;**<br><br>Date: January 27, 2025<br>Time: 1:30 pm<br>Hearing: Motion for Preliminary Injunction<br><br>Hon. Dena Coggins |

**DECLARATION OF JARED BUNDE**

I, JARED BUNDE, hereby swear and affirm that the following is a true statement:

1. I am employed as a Public Health Nurse for the County of Contra Costa. I have a BS in Community Health from City University of New York ("CUNY") Hunter College, a BS in Nursing from Johns Hopkins University, and an MS in Health Policy from the University of California, San Francisco.

Declaration of Jared Bunde In Support of Plaintiff's Motion for Preliminary Injunction

2. In addition, I am a member of the National Health Care for the Homeless, Clinicians Network Steering Committee and a volunteer Housing and Community Development Commissioner for the City of Vallejo which advises the Vallejo City Council on public health issues including as regards the adverse impact of displacement of encamped unsheltered persons.

3. For the past 15 years I have studied the health impacts of homelessness. I have extensive experience providing direct health care to people experiencing homelessness, including ten years' experience providing care directly in encampments and other non-traditional environments. I have a depth of experience providing direct services to people experiencing homelessness and an understanding of housing policy. I have developed programs to provide healthcare and social services to people experiencing homelessness. I understand care provision from the level of direct service to the sphere of policy development.

4. Displacement of people experiencing homelessness is demonstrated to damage health, well-being, and connections to care. This compromises personal safety and civic trust. Ultimately displacement undermines paths to stable secure housing and financial stability. Safety vulnerabilities of the unhoused show compounded risk for the disabled, seniors, and non-male persons. Overall people experiencing homelessness show increased mortality compared to the local population.

5. I have reviewed the Declarations of Ms. Evelyn Alfred and others filed in support of her motion for preliminary injunction. Should she be removed from her current habitation before she is placed in safe, durable, ADA-compliant housing she will almost certainly face the increased risks of harm described above. Removing Ms. Alfred from her established place of residence would sever her from a supportive community and have a negative mental health impact. The unhoused have become part of the neighborhood

Declaration of Jared Bunde In Support of Plaintiff's Motion for Preliminary Injunction

community fabric. Displacement has been demonstrated to cause trauma and worsen mental health conditions. Ms. Alfred cites a mental health condition at baseline.

6. From my examination of the facts of this case as set forth in the pleadings and declarations, neither Ms. Alfred nor the habitation she currently occupies pose harm to her health and safety or that of the surrounding community. At her current place of residence Ms. Alfred has gained the support and trust of many housed neighbors. The space she occupies is kept neat and tidy with no visible impediment to pedestrian movement. Displacement frequently results in loss of medication and personal documents. This is particularly true in her case as an older female with physical and psychiatric disabilities. In the housing process procurement of vital documents is a significant hurdle. Shuffling Ms. Alfred to an alternative location where she will again face removal will seriously impede if not eliminate the possibility of secure housing and immediately place her at an increased risk of harm.

I swear under penalty of perjury under the laws of the United States and the State of California that the foregoing is a true and correct statement based on personal knowledge, otherwise on information and belief and on my best professional judgement.

Dated: January 26, 2025 /s/ *Jared Bunde*
Executed at Vallejo, CA

Declaration of Jared Bunde In Support of Plaintiff's Motion for Preliminary Injunction