Anthony D. Prince (SBN # 202892)
General Counsel, California Homeless Union/Statewide Organizing Council
Law Offices of Anthony D. Prince
2425 Prince Street, Ste. 100
Berkeley, CA 94705
Tel: 510-301-1472

Andrea M. Henson (SBN#331898)
Counsel for Plaintiff
Where Do We Go
2726 Martin Luther King Junior Way
Berkeley, CA 94703
Tel: 510-640-7390
Email: ahenson@wdwg.org

Attorneys for Plaintiff

**UNITED STATES COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EVELYN DAVIS ALFRED,<br><br>  Plaintiff,<br><br>vs.<br><br>CITY OF VALLEJO,<br><br>  Defendant. | Case No.: 2:24-cv-03317-DC-SCR<br><br>**DECLARATION OF ANTHONY D. PRINCE IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: January 31, 2025<br>Time: 1:30 pm<br>Hearing: Motion for Preliminary Injunction<br><br>Hon. Dena Coggins |

### DECLARATION OF ANTHONY D. PRINCE

I, ANTHONY D. PRINCE hereby swear and affirm that the following is a true statement:

1. I serve as General Counsel for the California Homeless Union and attorney for its affiliated local, Vallejo Homeless Union. In this matter I am specially appearing along with co-counsel Andrea Henson on behalf of plaintiff Evelyn Alfred.

Declaration of Anthony D. Prince In Support of Motion for Preliminary Injunction

2. It is clear on the face of Mr. Sanders' declaration that he did nothing but visually observe the exterior of Ms. Alfred's encampment, did not seek permission from Ms. Alfred to conduct an inspection of the interior or obtain an inspection warrant for this purpose. The tone of Mr. Sanders' declaration, the sense of urgency expressed by insisting that the Ms. Alfred's structure needs to be "immediately" red tagged, posted and removed suggests that as the City's Senior Building Inspector, he has only recently become aware that Ms. Alfred's encampment even existed when, in fact, it is undisputed that Ms. Alfred has resided in the structure at the same location for over two years.

3. Mr. Sanders does not cite to any specific code violation or indicate how such violations might be corrected.

4. As legal counsel for the Homeless Union, I have personally visited and been directly involved in reaching agreements regarding numerous homeless tent encampments including tent encampments sanctioned and, in some cases, established and operated by the cities of Sacramento (Miller Park), Novato (Lee Gerner Park), Sausalito, (Dunphy Park, Marinship Park), Santa Cruz (San Lorenzo Park) as well as in Watsonville, Salinas and other cities. In all of these cases, the Union has worked with city officials at different point during litigation and pursuant to settlement agreements to identify and correct unsafe conditions, hazards and both fire and building code violations.

I swear under penalty of perjury under the laws of the United States and the State of California that the foregoing is a true and correct statement based on personal knowledge.

Dated: January 30, 2025 /s/ Anthony D. Prince

Executed at Berkeley, CA

Declaration of Anthony D. Prince In Support of Motion for Preliminary Injunction