VERONICA A.F. NEBB
City Attorney, SBN 140001
BY: HAMPTON A. JACKSON
Assistant City Attorney, SBN 326209
**CITY OF VALLEJO, City Hall**
555 Santa Clara Street, 3rd Floor
Vallejo, CA 94590
Tel:  (707) 648-4545
Fax: (707) 648-4687
Email: hampton.jackson@cityofvallejo.net

Attorneys for Defendant CITY OF VALLEJO

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN DAVIS ALFRED,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF VALLEJO, et al.,<br><br>Defendants. | Case No. 2:24-cv-03317-DC-SCR<br><br>**DECLARATION OF SCOTT SANDERS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S APPLICATION FOR PRELIMINARY INJUNCTION** |

I, SCOTT SANDERS, declare and state:

1. I have personal knowledge of the facts set forth herein, except where stated on information and belief, and if called to testify in court on these matters, I could do so competently.

2. I am a Senior Building Inspector for the City of Vallejo. I have worked as a building inspector and code enforcement officer for various California cities for over twenty years.

3. In my position as Senior Building Inspector, I am familiar with the Vallejo Municipal Code sections pertaining to building code violations. I am also familiar with the 2022 California Residential Code (adopted by reference into the Vallejo Municipal Code).

4. Also, in my position as Senior Building Inspector I am tasked with inspecting buildings and structures for violations of the Vallejo Municipal Code and the California Residential Code, drafting reports, and issuing warning letters and citations.

5. On December 19, 2024, I went to the property at 710 Mare Island Way and took several pictures of the structure. On January 13, 2025, I returned to the property and noted that the structure is comprised of vinyl/tarp materials with plywood underneath. I did not see any evidence of water service, electrical service, or sewer service on site. I also observed security cameras and solar lights set up outside. I noted the following violations of the 2022 California Building Code:

  a. R105.1 Required permits for construction, enlarging, repairing, moving, demolishing, or changing a building or structure.
  b. R113.1 Unlawful acts of construction in violation of code provisions.
  c. R301.1 Unsafe construction that does not comply with load requirements of this section.
  d. R303.10 Required heating for dwellings.
  e. R306.1 Required toilet facilities.
  f. R306.3 Required sewage disposal.
  g. R306.2 Required kitchen facilities.
  h. R306.4 Required plumbing fixtures.
  i. R311.1 Required means of egress in dwellings.
  j. R310.1 Required emergency escape and rescue openings.
  k. R314.3.2 Required smoke alarms.
  l. R319.1 Address identification.
  m. R303.1 Habitable rooms requirements.
  n. R903.2.8 Automatic fire sprinklers for residential occupancies.

6. Following my inspections, I checked the City of Vallejo's records and there were no records of any building permits issued for any building or structure at 710 Mare Island Way, Vallejo, California.

7. The structure/shelter at 710 Mare Island Way should be immediately posted for violations. Following the posting of violations, an order to abate should be issued and the structure removed after thirty (30) days.

8. The structure is not suitable for habitation, and needs to be immediately red tagged.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 24th day of January 2025, at Vallejo, California.

*[signature]*

SCOTT SANDERS

Senior Building Inspector

City of Vallejo

Case No. 2:24-cv-03317-DC-SCR

DECLARATION OF SCOTT SANDERS
ISO APPLICATION FOR
PRELIMINARY INJUNCTION

-3-