Anthony D. Prince (SBN # 202892)
General Counsel, California Homeless Union/Statewide Organizing Council
Law Offices of Anthony D. Prince
2425 Prince Street, Ste. 100
Berkeley, CA 94705
Tel: 510-301-1472

Andrea M. Henson (SBN#331898)
Counsel for Plaintiff
Where Do We Go
2726 Martin Luther King Junior Way
Berkeley, CA 94703
Tel: 510-640-7390
Email: ahenson@wdwg.org

Attorneys for Plaintiff

Page | - 1 -

# UNITED STATES COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN DAVIS ALFRED, | Case No.: 2:24-cv-03317-DC-SCR |
| Plaintiff, | **SUPPLEMENTAL DECLARATION OF EVELYN ALFRED IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION;** |
| vs. | |
| CITY OF VALLEJO, | |
| Defendant. | Date: January 27, 2025<br>Time: 1:30 pm<br>Hearing: Motion for Preliminary Injunction<br><br>Hon. Dena Coggins |

## SUPPLEMENTAL DECLARATION OF EVELYN ALFRED

I, EVELYN ALFRED, hereby swear and affirm that the following is a true statement.

1. I am the plaintiff in the above-captioned matter. Yesterday, January 30, 2025, at the Vallejo City Hall, I attended what was supposed to be an interactive process meeting with representatives of the City of Vallejo. I was represented by attorney Andrea Henson and Robbie Powelson and Elizabeth Smith, from the Homeless Union. The City officials

Supple[mental]
Injunction

present were City Attorney Hampton Jackson, Assistant City Manager Peterson, HR Representative Jasleen Singh and another unidentified City official.

2. I reported the following information:

3. Since I got the first eviction notice from the City of Vallejo back in October, I have been looking for housing. I went through Resource Connect Solano and I am an active client since (11/18/2024). So far, they are helping me with applications for the Caminar program and with the Lutheran Social Services housing program.

4. I also contacted the following places on my own:

- Holiday Gardens located at 19 Panorama Drive (traditional housing)
- Sereno Village located at 750 Sereno Drive (affordable housing)
- Redwood Shores at 400 Redwood Street (affordable senior housing)
- Solano Vista located at 40 Valle Vista Avenue (affordable senior housing)
- The Meritage Apartments located at 55 Valle Vista Avenue (traditional housing)
- Sterling Village located at 88 Ville Vista Avenue (traditional housing)
- Bay View Vista located at 445 Redwood Street (affordable senior housing)
- Marina Vista located at 201 Maine Street (affordable housing)
- Carolina Heights located at 135 Carolina Street (affordable housing)
- Avian Glen located at 301 Avian Drive (affordable housing)
- Longshore Cove located at 201 Maine Street (affordable housing)
- Sundance at 60 Rotary Way (traditional housing)
- Blue Rock Village located at 2000 Ascot Parkway (traditional housing)
- North Gateway Apartments at 2401 Broadway Street (traditional housing)

All of these places that I am eligible for have a wait list of 9 months or more.

I swear under penalty of perjury under the laws of the United States and the State of California that the foregoing is a true and correct statement based on personal knowledge.

Dated: January 30, 2025                                   /s/ *Evelyn Alfred*
Executed at Vallejo, CA

Supplemental Declaration of Evelyn Alfred In Support of Plaintiff's Motion for Preliminary Injunction