AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

**EASTERN** District of **CALIFORNIA**

Evelyn Davis Alfred,
          Plaintiff (s),
V.
City of Vallejo,
          Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:24-cv-3317-DC-SCR

Notice is hereby given that, subject to approval by the court, __Evelyn Davis Alfred__ substitutes
(Party (s) Name)

__Anthony David Prince__, State Bar No. __202892__ as counsel of record in
(Name of New Attorney)

place of __Evelyn Davis Alfred (pro se)__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Law Offices of Anthony D. Prince
Address: 2425 Prince Street, Ste. 100, Berkeley, CA 94705
Telephone: (510) 301-1472     Facsimile: 
E-Mail (Optional): princelawoffices@yahoo.com

I consent to the above substitution.
Date: 2/14/2025
(Signature of Party (s))

I consent to being substituted.
Date: 2/14/2025
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 2/14/2025
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 2/14/2025
          Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]