AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____EASTERN_____ District of _____CALIFORNIA_____

Evelyn Davis Alfred,
         Plaintiff (s),
V.
City of Vallejo,
         Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:24-cv-3317-DC-SCR

Notice is hereby given that, subject to approval by the court, _____Evelyn Davis Alfred_____ substitutes
(Party (s) Name)

_____Andrea M. Henson_____, State Bar No. ___331898___ as counsel of record in
(Name of New Attorney)

place of _____Evelyn Davis Alfred (pro se)_____.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Where Do We Go,
    Address: 2726 Martin Luther King Junior Way, Berkele
    Telephone: (510) 640-7390      Facsimile _____
    E-Mail (Optional): ahenson@wdwg.org

I consent to the above substitution.
Date: 2/14/2025
                                                            (Signature of Party (s))

I consent to being substituted.
Date: 2/14/2025
                                                            (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 2/14/2025
                                                            (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 2/14/2025
                                                            Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]