UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN DAVIS ALFRED,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF VALLEJO,<br><br>    Defendant. | No. 2:24-cv-03317-DC-SCR<br><br>ORDER REFERRING MOTION TO MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(a), the pending motion (Doc. No. 2) filed by Plaintiff on November 27, 2024 is hereby referred to United States Magistrate Judge Sean C. Riordan to be resolved by way of order or for the issuance of findings and recommendations as appropriate in accordance with 28 U.S.C. § 636(b)(1)(B) and (C).

IT IS SO ORDERED.

Dated: **March 8, 2025**

Dena Coggins
United States District Judge