UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

**EVELYN DAVIS ALFRED,**
      Plaintiff

   v.                                               **CASE NO. 2:24–CV–03317–DC–SCR**

**CITY OF VALLEJO,**
      Defendant

    You are hereby notified that a Notice of Appeal was filed on **March 06, 2025** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

March 12, 2025

                                **KEITH HOLLAND**
                                **CLERK OF COURT**

                         **by:** /s/ K. Zignago
                                Deputy Clerk