Anthony D. Prince (SBN # 202892)
General Counsel, California Homeless Union/Statewide Organizing Council
Law Offices of Anthony D. Prince
2425 Prince Street, Ste. 100
Berkeley, CA 94705
Tel: 510-301-1472

Attorneys for Plaintiffs

UNITED STATES COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN DAVIS ALFRED,<br><br>  Plaintiff,<br><br>  vs.<br><br>CITY OF VALLEJO,<br><br>  Defendant. | Case No.: 2:24-cv-03317-DC-SCR<br><br>**PLAINTIFF'S STATUS REPORT ON HOUSING, ARSON FIRE AND HARASSMENT OF PLAINTIFF EVELYN ALFRED** |

Previously, the Court requested that it be kept informed regarding Plaintiff Evelyn Alfred's housing status, specifically, efforts she and others were making to obtain housing.  Although there was some delay in her actually taking possession after signing a one-year lease, Ms. Alfred is now housed in a federally supported apartment in the City of Vallejo.

While for now her housing situation has been stabilized, policy changes already under way or contemplated in the immediate future by the current administration at the U.S. Dept. of Housing and Urban Development (HUD) – and which include threatened severe reductions in housing assistance under Section 8 and other programs—could adversely affect Ms. Alfred's ability to remain safely housed.

Plaintiff's Updated Status Report

Equally concerning is the City's apparent failure to secure as a crime scene or otherwise undertake a criminal investigation of what appears to be an arson fire that completely destroyed Ms. Alfred's former habitation that took place on or about the night of August 25, 2025. (See Exhibit A)[1] The Vallejo Homeless Union has requested a copy of the Fire Department incident report.

In the days preceding and immediately following the fire, a series of deeply troubling social media postings appeared- including messages published on an official online "reporting" website operated by the City of Vallejo – containing derogatory statements against this Court, false and malicious statements about and directed at Ms. Alfred and messages intimating support of violence against Ms. Alfred and her property.

The messages include protestations against the City of Vallejo's having "given in" to the homeless, statements of appreciation to "whoever" burned down her former habitation, graphic images of flames and discussion of the pros and cons of setting fire to homeless encampments in the City of Vallejo. It appears from these postings that certain persons, including some who apparently use their own names, have been conducting physical surveillance of Ms. Alfred and her former habitation since the issuance of the preliminary injunction in this case. This surveillance intensified when Ms. Alfred began the process of relocating to her new apartment and after the arson

---

[1] Counsel is informed that yesterday, September 4, 2025, City of Vallejo personnel cleared the burnt debris at the site of Ms. Alfred's former residence.

Plaintiff's Updated Status Report

Page | - 2 -

fire that destroyed her former habitation. Even with the surveillance, it would have been difficult for anyone to know for certain whether Ms. Alfred or anyone else was physically present within the structure at the time the fire was set.

At this time, counsel for Ms. Alfred are, with the assistance of the Vallejo Homeless Union, gathering additional reliable evidence of what has been described above and intend to bring these matters to the attention of the City of Vallejo. and the Office of the City Attorney. At this point, Plaintiff is not seeking protective orders or other intervention by this Court. However, counsel for Plaintiff feels it important to make the Court aware of these developments and concerns.

In an abundance of caution, counsel for Plaintiffs are reluctant to attach to this Status Update documentation, including screen shots of social media, emails and other documentation of what has been described above until and unless that becomes necessary. In that case, in order to protect Ms. Alfred and others and avoid provocation or prejudice to any party, Plaintiff would seek *in-camera* review of the evidence or leave of Court to file same under seal.

Dated: September 5, 2025        Respectfully submitted,

                                     LAW OFFICES OF ANTHONY D. PRINCE
                                     /s/ Anthony D. Prince,

                                   WHERE DO WE GO
                                   /s/ Andrea M. Henson,

                                   Attorneys for Plaintiff

Plaintiff's Updated Status Report